UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Courtney Hordusky v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12527-DRH-PMF |
| *Michelle Penta v. Bayer Corporation, et al.* | No. 3:12-cv-10782-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 8, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT


BY:   /s/*Cheryl A. Ritter*
          **Deputy Clerk**

**Dated:**  January 8, 2015

David R. Herndon
2015.01.08
16:46:09 -06'00'

**APPROVED:**
          **U.S. DISTRICT JUDGE**
          **U. S. DISTRICT COURT**